IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EDDIE LEE MCCLENDON                                                                                PLAINTIFF
ADC #096384

v.                                          4:21-cv-00834-JM-JJV

A. DAVIS, Deputy,
Pulaski County Jail; *et al.*                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 12th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE